UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAMS, )
 )
    *Plaintiff*, ) CA. NO.    15-304 Erie
 )
v. )
 ) ORDER ADOPTING REPORT
 ) AND RECOMMENDATION
 ) AND DISMISSING CASE
SPAGEL, et al., )
 )
    *Defendants*. )
_____)

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the motion to dismiss filed by Defendants Spagel and Dregalla [dkt. no. 18], the motion to dismiss filed by Defendants Connelly, Hirz, and Bingle [dkt. no. 21], the motion to dismiss filed by Defendant Little [dkt. no. 37], the Report and Recommendation of the Honorable Susan P. Baxter, United States Magistrate Judge [dkt. no. 55], Plaintiff's Objections thereto [dkt. 57], and the balance of the record, does hereby find that:

(1) Plaintiff does not raise a valid objection to the Report and Recommendation. Instead, Plaintiff simply states that he "did state a claim in [his] complaint and [his] complaint is with legal basis and within the statute of limitation." Dkt. No. 57 at 1. This is an argument reviewed and rejected by the Magistrate Judge.

1

Plaintiff does request an extension of time within which to file further objection to the Report and Recommendation. However, given the legal basis on which the Magistrate Judge recommends dismissal of Plaintiff's claims (as discussed below), an extension of time would be fruitless;

(2) The Court further finds that Defendants Connelly, Bingle, and Hirtz, are Erie County Assistant District Attorneys who participated in Plaintiff's prosecution. The claims alleged against them relate to their roles a prosecutors and are therefore barred by the doctrine of absolute prosecutorial immunity;

(3) Plaintiff failed to state a single factual allegation against Defendant Little in the operative complaints; therefore, he has failed to state a claim against her;

(4) The claims against Defendants Spagel and Dregalla were filed nearly a year outside the relevant statute of limitations and, as such, are time-barred;

(5) Plaintiff failed to state any allegations or claims against Defendant Gray; accordingly, Defendant Gray shall be dismissed *sua sponte*, pursuant to this Court's authority under the Prison Litigation Reform Act;

(6) The remaining pendent state law claims of defamation must be dismissed because this Court does not have an independent basis on which to exercise jurisdiction over such claims;

(7) Based on the foregoing, the Court adopts the Report and Recommendation;

(8) Defendants' motions to dismiss [dkt. nos. 18, 21, and 37] are GRANTED;

(9) This case is HEREBY DISMISSED; and

(10) The Clerk of the Court is respectfully directed to send copies of this Order to Plaintiff, Defendants, and to Judge Baxter.

**IT IS SO ORDERED.**

DATED this 9th of September, 2016.

/s/ Barbara J. Rothstein
Barbara Jacobs Rothstein
U.S. District Court Judge